Commonwealth, Appellant, *v.* Houser.

Submitted November 24, 1975. *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellant; *John R. Cook*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellee.

Appeal quashed.


Commonwealth *v.* Johnson, Appellant.

Submitted November 19, 1975. *Lester G. Nauhaus*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Charles W. Johns* and *Robert L. Eberhardt*, Assistant District Attorneys, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.